NEW YORK DOCK COMPANY, Appellant, *v.* INDIA WHARF BREWING COMPANY, Respondent.

*New York Dock Co.* v. *India Wharf Brewing Co.*, 127 App. Div. 385, affirmed.

(Argued October 25, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1908, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover compensation for the use of a wharf defended upon the ground that defendant had a right of way thereover.

*Charles E. Hotchkiss, Julien T. Davies* and *Charles H. Tuttle* for appellant.

*Lorenzo D. Armstrong* for respondent.

Judgment affirmed, with costs ;. no opinion.

Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.